UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Tammy Doyle, | : |
| | : |
| | : Civil Action No.: 1:14-cv-00369-PAG |
| Plaintiff, | : |
| v. | : |
| | : |
| GE Capital Retail Bank; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against GE Capital Retail Bank with prejudice and without costs to any party.

| Tammy Doyle | GE Capital Retail Bank |
|---|---|
| /s/ Sergei Lemberg | /s/ Timothy R. Carraher |
| Sergei Lemberg, Esq. | Timothy R. Carraher, Esq. |
| LEMBERG LAW, LLC | Reed Smith LLP |
| 1100 Summer Street, 3rd Floor | 10 South Wacker Drive, 40th Floor |
| Stamford, CT 06905 | Chicago, IL 60606 |
| Telephone: (203) 653-2250 | Telephone: (312) 207-1000 |
| Facsimile: (203) 653-3424 | Facsimile: (312) 207-6400 |
| | |
| Attorneys for Plaintiff: | Attorney for Defendant. |
| Tammy Doyle | |

_____
SO ORDERED

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Ohio Electronic Document Filing System (ECF) which sent notice of such filing to the following:

Timothy R. Carraher, Esq.
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606

                                                              By  /s/ Sergei Lemberg
                                                                    Sergei Lemberg