# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Tammy Doyle, | : |
| | : |
| | : Civil Action No.:  1:14-cv-00369-PAG |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| GE Capital Retail Bank; and DOES 1-10, | : |
| inclusive, | : |
| | : |
| | : |
| Defendants. | : |
| | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action

is hereby dismissed against GE Capital Retail Bank with prejudice and without costs to any

party.

Tammy Doyle                                     GE Capital Retail Bank

/s/ Sergei Lemberg                              /s/ Timothy R. Carraher
Sergei Lemberg, Esq.                            Timothy R. Carraher, Esq.
LEMBERG LAW, LLC                                Reed Smith LLP
1100 Summer Street, 3rd Floor                   10 South Wacker Drive, 40th Floor
Stamford, CT 06905                              Chicago, IL 60606
Telephone: (203) 653-2250                       Telephone: (312) 207-1000
Facsimile:  (203) 653-3424                      Facsimile:  (312) 207-6400


Attorneys for Plaintiff:                        Attorney for Defendant.
Tammy Doyle



/s/ Patricia A. Gaughan

SO ORDERED
            9/30/14